# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Khims Millenium Market VI Inc. and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Leticia Mejia Alejandro
_____
Full Legal Name (Print)

*[DocuSigned by: signature, 64B6073D485E439...]*
_____
Signature

11/14/2022
_____
Date