AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Lorenzo Vega Camillo and Leticia Mejia Alejandro, on behalf of themselves and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Khim's Millennium Market, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-cv-07846 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Khim's Millennium Market, Inc., Khim's Millennium Market III, Inc. Khim's Millennium Market IV, Inc., Khim's Millennium Market V, Inc., Khim's Millennium Market VI, Inc., Khim's Organic II, Inc., Khim's Organic IV, Inc., Khim's Organic V, Inc., Khims Market, Inc., Sang Kyu Khim, Sung Kyu Khim, and Song Kyu Khim

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-07846

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Defendant's Addresses**

1. **Khim's Millennium Market, Inc.**

    324 Graham Avenue,

    Brooklyn, New York 11211

2. **Khim's Millennium Market III, Inc.**

    280 Bedford Avenue, Brooklyn,

     New York 11211

3. **Khim's Millennium Market IV, Inc.**

     151-25 Bayside Avenue,

     Flushing, New York 11354

4. **Khim's Millennium Market V, Inc.**

    265 Bedford Avenue,

    Brooklyn, New York 11211

5. **Khim's Millennium Market VI, Inc.**

    460 Driggs Avenue,

    Brooklyn, New York 11211

6. **Khim's Organic II, Inc.**

    536 Myrtle Avenue,

    Brooklyn, New York 11205

7. **Khim's Organic IV Inc.**

    111 Lawrence Street,

    Brooklyn, New York 11201

8. **Khim's Organic V, Inc.**

    120 Bedford Avenue,

    Brooklyn, New York 11211

9. **Khims Market Inc.**

   536 Myrtle Avenue,

   Brooklyn, New York 11205

10. **Sang Kyu Khim**

    536 Myrtle Avenue,

    Brooklyn, New York, 11205

11. **Sung Kyu Khim**

    536 Myrtle Avenue,

    Brooklyn, New York, 11205

12. **Song Kyu Khim**

    536 Myrtle Avenue,

    Brooklyn, New York, 11205