UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lorenzo Vega Camillo and Leticia Mejia Alejandro, on behalf of themselves and others similarly situated | CIVIL ACTION NO.: 22-CV-07846 |
| vs **Plaintiff** | |
| Khim's Millennium Market, Inc., et al | |
| **Defendant** | |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Wheatley Heights, New York

That on **1/9/2023** at **4:45 PM** at **460 Driggs Avenue, Brooklyn, NY 11211**

deponent served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Jury Trial Demanded**

on **Khim's Millennium Markets VI, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Sun "Doe" (Refused to Give Last Name)** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin : Asian
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other :

Sworn to before me this
10th day of January, 2023

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Russell Webb
License No.1216146

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160