**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 D. |
| Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

May 3, 2024

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Vega Camillo, et al v. Khim's Millennium Market, Inc., et al.* – Case No. 1:22-cv-07846 – Status Report

Dear Judge Kuo:

  We represent Plaintiffs Lorenzo Vega Camillo and Leticia Mejia Alejandro in the above-referenced action, and write pursuant to the Court's April 30, 2024 Order, to provide the Court with a status update regarding Plaintiff's intention to proceed with the case. Plaintiffs intend to proceed with the case and will seek to obtain a default judgment against Defendants. Plaintiffs will seek a certificate of default from the Clerk of the Court. After receiving the certificate, Plaintiffs intend to move, under Federal Rule of Civil Procedure 55(b), for a default judgment.

  In addition, Plaintiff Camillo's motion to dismiss Defendants' counterclaims is still pending before Judge Donnelly. (Dkt. No. 37). While Defendants obstensibly opposed Plaintiff's motion, the Response in Opposition to Plaintiff's Motion to Dismiss filed on the docket (Dkt. No. 42) does not relate to Plaintiff's motion at all, and is a filing in opposition to Plaintiffs' January 24, 2024 letter motion for discovery (Dkt. No. 39). As such, Plaintiff Camillo's motion to dismiss remains unopposed. Plaintiff Camillo intends to write a letter to Judge Donnelly, notifying her that the motion is unopposed and that Plaintiffs intend to move for a certificate of default and a default judgment.

  Plaintiffs request that the Court allow Plaintiffs until May 31 to seek a certificate of default and move for a default judgment.

           Respectfully Submitted,

           /s/ Michael DiGiulio
           Michael DiGiulio
           32 Broadway, Suite 601
           New York, NY 10004
           Tel: 212-688-5640

           *Attorney for Plaintiff*