UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
LORENZO VEGA CAMILLO and LETICIA MEJIA ALEJANDRO, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

KHIM'S MILLENNIUM MARKET, INC., KHIM'S MILLENNIUM MARKET III INC., KHIM'S MILLENNIUM MARKET IV, INC., KHIM'S MILLENNIUM MARKET V, INC., KHIMS MILLENNIUM MARKET VI INC., KHIM'S ORGANIC II INC., KHIM'S ORGANIC IV INC., KHIMS ORGANIC V INC., KHIMS MARKET INC., SANG KYU KHIM, SUNG KYU KHIM, and SONG KYU KHIM,

Defendants.
---------------------------------------------------------- X

JUDGMENT
22-CV-7846 (AMD) (PK)

A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on March 28, 2025, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated March 13, 2025, which recommended that the Motion be granted and that damages of $197,455.42 be awarded to Plaintiff Vega Camillo and damages of $23,710 be awarded to Plaintiff Mejia Alejandro as follows:

To Vega Camillo: $70,307.21 for unpaid overtime; $8,050.50 for spread of hours; $5,000 for failure to provide wage notices; $5,000 for failure to provide wage statements; $70,307.21 in liquidated damages on unpaid overtime; $8,050.50 in liquidated damages on spread of hours; and $30,740 in liquidated damages on untimely paid wages;

To Mejia Alejandro: $2,820 for unpaid overtime; $5,000 for failure to provide wage notices; $5,000 for failure to provide wage statements; $2,820 in liquidated damages on unpaid overtime; and $8,070 in liquidated damages on untimely paid wages; it further recommended

that prejudgment interest be awarded at a daily rate of $19.32 for Vega Camillo's unpaid overtime and spread of hours damages from November 23, 2019 until the date of judgment, and that prejudgment interest be awarded at a daily rate of $0.70 for Mejia Alejandro's unpaid overtime damages from June 14, 2022 until the date of judgment; that post-judgment interest shall accrue thereafter until payment of the judgment amount, and a fifteen-percent increase in penalty shall apply if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal; and that $41,993 in attorneys' fees and $2,231.77 in costs be awarded;

And the Clerk of Court having calculated the prejudgment interests at the rate set forth above, and the prejudgment interests being $37,770.60 for Vega and $714.70 for Mejia; it is

ORDERED AND ADJUDGED that the plaintiffs' motion for default judgment is granted; that judgment is hereby entered against Defendants, jointly and severally, in the total amount of $303,875.39 ($235,226.02 for Vega Camillo, and $24,424.60 for Mejia Alejandro); and that post-judgment interest shall accrue thereafter until payment of the judgment amount, and a fifteen-percent increase in penalty shall apply if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal.

Dated: Brooklyn, NY
March 31, 2025

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk